ALDEN L. SIMKINS, Respondent, v. ELMHURST CONTRACTING Co., INC., Appellant.

Supreme Court, Appellate Term, First Department, April 24, 1944.

See headnote, 181 Misc. 791.

*Clarence F. Corner* for appellant.

*Julius L. Goldstein* for respondent.

Judgment affirmed, with costs.

Concur: HAMMER and HECHT, JJ. Dissenting: EDER, J.